EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 11 2002

at \_\_\_\_ o'clock and \_\_\_\_ min. \_\_\_ M.
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. CR02-00132 SOM |
|                            ) | |
|            Plaintiff,      ) | INDICTMENT |
|                            ) | |
|       vs.                  ) | [18 U.S.C. §§ 922(g)(1); |
|                            ) | 924(a)(2) & 924(e)] |
| GEORGE McSHANE, JR,        ) | |
|                            ) | |
|            Defendant.      ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about January 26, 2002, in the District of Hawaii, the defendant, GEORGE McSHANE, JR. then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, that is: a Winchester 22 caliber rifle, a Remington 308 caliber rifle, and a Ruger 22 caliber rifle.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) & 924(e).

## Count 2

The Grand Jury Further Charges:

On or about January 26, 2002, in the District of Hawaii, the defendant, GEORGE McSHANE, JR. then being a person who had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) & 924(e).

DATED: __4/11/02__, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. McShane;*
"Indictment"

2