EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Violent Crimes

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2004

at 1 o'clock and 05 min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00132 SOM |
| Plaintiff, | ) ) ) | ORDER FOR DISMISSAL |
| vs. | ) ) ) | [18 U.S.C. § 922 (g)(1)] |
| GEORGE McSHANE, JR., | ) ) | |
| Defendant. | ) ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against GEORGE McSHANE, JR. on the grounds that: (1) the magistrate judge's previous findings as to the above-named defendant's incompetency and the lack of potential for

restoration of competency; and (2) the magistrate's finding that the defendant's continued release would not create a substantial risk of bodily injury to another person or serious damage to property of another.

The defendant is not in custody on the dismissed charge listed above.

DATED:   September 24, 2004, at Honolulu, Hawaii,

>						EDWARD H. KUBO, JR.
>						UNITED STATES ATTORNEY
>						District of Hawaii
>
>						By _____
>						    WES REBER PORTER
>						    Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

>						_____
>						SUSAN OKI MOLLWAY
>						UNITED STATES DISTRICT JUDGE

United States v. GEORGE McSHANE, JR.
Cr. No. 02-00132 SOM
"Order for Dismissal"